UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 1, 2023

_____

NOTICE

_____

No. 22-1655,    In re: Grand Jury 2021 Subpoenas
                  1:21-cv-00556-SAG

TO:   Andrew Radding
       Joseph Leonard Kroart

Any changes to your contact information must be made to your upgraded PACER account by logging into PACER, selecting manage my account, and then the maintenance tab. Please notify the court if these changes affect your representation in the case.

Karen Stump, Deputy Clerk
804-916-2704